222

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:21-mj-00184** |
| **v.** | **ORDER TO PARTIALLY UNSEAL CASE** |
| **THOMAS EDWARD GREEN III,** | |
| **Defendant.** | |

This matter having come before the Court upon motion of Parakram Singh, Assistant United States Attorney for the District of Oregon, requesting an order to partially unseal the above-captioned case;

/ / / /

/ / / /

/ / / /

**Order to Unseal Arrest Warrant and Complaint Only**                    **Page 1**

IT IS HEREBY ORDERED, that the case is unsealed, however, arrest warrant and complaint remain SEALED.  The government may publicly file a redacted version of the criminal complaint and affidavit.

Dated: September 29___, 2021

_____
*John Jelderks*

HONORABLE JOHN JELDERKS
United States Magistrate Judge

Presented by:

SCOTT ERIK ASPHAUG
Acting United States Attorney

*/s/ Parakram Singh*_____
PARAKRAM SINGH, OSB #134871
Assistant United States Attorney

**Order to Unseal Arrest Warrant and Complaint Only**                               **Page 2**